UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　Defendant. | Case No. 22-cv-01114-SI<br><br>**JUDGMENT** |

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this case to the Social Security Administration for further administrative proceedings. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 3, 2023

_____
SUSAN ILLSTON
United States District Judge