UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. MESICK,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No. 22-cv-01114-SI<br><br>**ORDER FOR PLAINTIFF'S COUNSEL TO FILE RESPONSE RE: FEE MOTION** |

Plaintiff's counsel Harvey Sackett has filed a motion for an award of attorney's fees under 42 U.S.C. § 406(b). Dkt. No. 24. The government has filed a response. Dkt. No. 25. Since then, the Court has received two letters directly from plaintiff Donald Mesick, addressed to Administrative Law Judge Mary Parnow, objecting to the amount of fees Mr. Sackett requests. Dkt. Nos. 27, 28.

The Court hereby **ORDERS** Mr. Sackett to file a response to the concerns raised in Mr. Mesick's letters, including an explanation of what fees are sought in this Court versus at the agency level, no later than **September 6, 2024.** At that point, unless this Court orders otherwise, the matter will be deemed submitted on the papers and the Court does not anticipate additional filings. The Court will issue its order on the fee motion in due course.

The Clerk is directed to mail a copy of: (1) this order and (2) a copy of the 30-day extension order at Dkt. 12, to Mr. Mesick at the return address listed in Dkt. No. 27-1.

**IT IS SO ORDERED**.

Dated: August 23, 2024

*/s/ Susan Illston*

SUSAN ILLSTON
United States District Judge